# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; DELORES JACKSON,<br><br>           Plaintiffs,<br>    vs.<br>SOUTHERN CALIFORNIA DISCOUNT TIRE COMPANY, INC. D.b.a. DISCOUNT TIRE -MIDWAY; et al.,<br><br>           Defendants. | CASE NO. 06-CV-1830 JM(AJB)<br><br>**ORDER GRANTING MOTION FOR A MORE DEFINITE STATEMENT** |

Defendant Southern California Discount Tire Company, Inc. moves for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). Plaintiff filed a notice of non-opposition to the motion, indicating that the parties are involved in settlement negotiations over Plaintiff's ADA claims. In light of Plaintiff's non-opposition to the motion, the court grants the motion for a more definite statement. Plaintiff may move for leave to file an amended complaint as to this Defendant within 120 days of entry of this order.

**IT IS SO ORDERED.**

DATED: March 23, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties