UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JACKSON, an individual; ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS SUING ON BEHALF OF DELORES JANCSON AND ITS MEMBERS,<br><br>        Plaintiff,<br>v.<br><br>SOUTHERN CALIFORNIA DISCOUNT TIRE COMPANY, et al<br><br>        Defendants. | Case No. 06cv1830 JM(AJB)<br><br>ORDER RE: DISMISSAL<br>[Docket No. 17] |

**IT IS HEREBY ORDERED,** pursuant to the Motion For Dismissal on file herein, that all Defendants are dismissed with prejudice and Plaintiffs' Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: September 28, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge